Mac W. Cabal, Esq. (Bar No. 256157)
Member of
LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 620-2350
Facsimile: (714) 703-1610
mwcabal@lanak-hanna.com

Attorneys for Defendant
AMERICAN CONTRACTORS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of MARKO CONSTRUCTION GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FALCON BUILDERS & DEVELOPERS INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants. | CASE NO.: 1:16-CV-00327-LJO-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE THE DEADLINE FOR RESPONSIVE PLEADINGS**<br><br>(Doc. 9) |

   Plaintiff United States, for the use of Marko Construction Group, Inc. ("Plaintiff"), filed its complaint on March 9, 2016. (Doc. 1.) Pursuant to the Return of Service filed May 31, 2016, Defendant American Contractors Indemnity Company ("Defendant

**ORDER GRANTING STIPULATED REQUEST TO CONTINUE DEADLINE FOR REPSONSIVE PLEADINGS**

ACIC") was served by serving its "Licensee Agent as person in charge of the business" on May 6, 2016. (Doc. 7.)[1] Defendant's responsive pleading was therefore due twenty-one (21) days after service, or May 27, 2016. Fed. R. Civ. P. 12(a)(1)(A)(i).

The parties filed a "Stipulation to Continue the Deadline for Responsive Pleadings" on June 10, 2016, two weeks after the responsive pleading deadline.

Although the Court may extend time to file a responsive pleading after the deadline has expired because of "excusable neglect," Fed. R. Civ. P. 6(b)(1)(B), no such excusable neglect has been articulated – much less shown – here. Notwithstanding this deficiency, given the absence of bad faith or prejudice to Plaintiff (as evidenced by the parties' agreement to the extension of time), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. The parties are cautioned that future post hoc request for extensions of time will be viewed with disfavor.

IT IS HEREBY ORDERED that Defendant ACIC shall file its responsive pleading by no later than June 17, 2016. This extension does not impact or change any event or deadline already set by the Court.

IT IS SO ORDERED.

Dated:   **June 13, 2016**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Falcon Builders & Developers, Inc. ("Defendant Falcon") was served by serving its agent for service of process on April 10, 2016. (Doc. 4.) Plaintiff requested entry of default, and default was entered against Defendant Falcon, on May 3, 2016. (Docs. 5, 6.)

**ORDER GRANTING STIPULATED REQUEST TO CONTINUE DEADLINE FOR REPSONSIVE PLEADINGS**